Diane H. Feinstein
General Delivery
Main Post Office
Santa Monica, CA. 90401
In Pro Se

FILED
2010 JAN 25 PM 3:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Diane H. Feinstein

PLAINTIFF/PETITIONER,

v.

Ms. Tere Tran
The Public Guardian        DEFENDANT(S).

CASE NUMBER

CV10-526 (FFM)

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

I, Diane H. Feinstein, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐ Yes  ☒ No   Retired 72 yr old.
    b. Rent payments, interest or dividends?   ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance payments?   ☐ Yes  ☒ No
    d. Gifts or inheritances?   ☐ Yes  ☒ No
    e. Any other income (other than listed above)?   ☒ Yes  ☐ No   SSI from Social Security
    f. Loans?   ☐ Yes  ☒ No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Since April, 2009 Food Stamps for 3 months, Sept. 2009 SSI+SSP $659.66, 1 Retirement check for $1,584.00 Nov. 13, 2009. $958.00 once, I cannot remember what for, it did not say in 2009. I have a disability judgment from Sheryl F. Biesman, Administrative Law Judge, since 2001 but the Social Security has not paid.

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration. Bank of America #1,400.00. Wells Fargo Bank $20.00 Direct Deposit. Stocks are with Controller in Sacramento. Also with Ameritrade $1,067.16 bought year ago.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒Yes ☐No My Real Estate are not in my possession, I have complaints with Steve Cooley Real Estate Fraud. My 2 vehicles are at Wilson+ Valley Towing for years. I own some Land which is my possession in Lancaster.
   If the answer is yes, describe the property and state its approximate value: My 2 Six Unit Bldgs have been taken by Excessive Force Sold by Planned Protective Services, Inc. who I put out of Business in 1989 with District Attorneys Office. Condo in Century City + Huntin Beach

5. In what year did you last file an Income Tax return? I have been paying taxes in 2009 for Land in Lancaster that I own. in Lancaster.
   Approximately how much income did your last tax return reflect? None - Vacant Land

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: My daughter is an Adult resides in Santa Clarita self supporting. None - I do not contribute to her support. Retire I have been a Real Estate Agent since 1974 without one complaint filed against me. I am the biggest victim of Organized Crime in America possibly the World. My Mother and I survived the 2nd World + we worked 60 yrs America everything taken.

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571). I Also had my Holly Cross Cemetery Plots taken which were next to Bing Crosby + Jimmy Durantee.

California                               Los Angeles, City of Santa Monica
State                                    County (or City)

I, Diane H. Feinstein                    , declare under penalty of perjury that the foregoing is true and correct.

January 22, 2010                         Diane H. Feinstein
Date                                     Plaintiff/Petitioner (Signature)

---

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

CV-60 (04/06)                                                                     Page 2 of 2