Attorneys for Plaintiff(s)
Diane H. Feinstein
General Delivery
Main Post Office
Santa Monica, CA. 90401
In Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Diane H. Feinstein
PLAINTIFF(S)

v.

Ms. Teri Tran,
The Public Guardian
DEFENDANT(S).

CASE NUMBER
CV10-526 (FFM)

COMPLAINT FOR
Civil Rights Violation and Elder Abuse

On Veterans Day in 2007 I was falsely arrested by a Santa Monica Policeman because I was suing the City of Santa Monica and Wilson and Vallely Towing, Robert Rowbotham C.E.O. in Case #BC36-8548 in Los Angeles Superior Court, Central District. The DMV states, Diana Feinstein, Trustee of the Diana Feinstein Trust dated March 28, 1978 is the legal owner and the Franchise Tax Board also states I am the Legal owner but Wilson & Vallely Towing claim that they forgot to register my vehicle. There were many appearances by me and Debbie Konning City Attorney and than I was finally winning. I was to get a new Judge and a new hearing from the County.

Than I asked 2 Policeman to drive me to Emergency hospital as I felt like I was going to have a heart attack. My mother Nellie Malicki had a pacemaker so since I could not walk and

LODGED
2010 JAN 25 PM 3:53
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES
BY ____

had severe chest pain I needed to go to the Hospital. The 2 Policeman were taping on the hood of their car, visling & screaming to each other to induce my heart attack. They kept me in their vehicle till their Supervisor arrived who looked at me in the back seat stating, "Thats her, Lock her up she is suing the City." From there they took me to Santa Monica Hospital and continued their taping and visling on the door were I was being heart monitored. From there I was placed in Santa Monica Jail till Monday and than I was shipped to Lynwood womens jail. While I was in Jail Lynwood, I was the only person who could call A.C.L.U. collect everyday. Attached hereto as Exhibit #1 is my Lawsuit against the city which is incorporated herewith.

My BKG #1033359 Permanent Hsg. Loc C330U-043LL Sec LvL6 ID LVP Main #01694369 Sentence Status 3.

Name Diana Helen Feinstein Age 71 eye Blu Hair BLN Hgt 5'7" WGT 122 DOB May 22, 1937 See Attached Printout from Lynwood Jail Exhibit #2 which is incorporated herewith.

I was released by A.C.L.U. and a 3 stripe Sargeant before the Federal Government took over the facility. I wrote letters to many government people in Washington, D.C. and called the Governor of California who got me back my

vehicle in 2005, and I Knew him personally as my deceased husband and I lived in his building in Santa Monica before he became Governor.

From Lynwood Jail I was transferred to Windsor Palms Care Center in Artesia. Then a women I never met Ms. Teri Trent was now stating she was my Conservator from the Public Guardian's Office on Temple Street in Los Angeles, CA.

She was not appointed by the court as a 3 month temporary or as a Permanent Conservator which requires two separate hearings. I was charged with "Contempt of Court" from a Judge I never met from Santa Monica who also wanted O.J. Simpsons Book Rights. Only a Federal Judge could go across America but not a Local Santa Monica Judge. Contempt of Court must be made before a Judge in his courtroom and he can Lock you up for a few hours or several days. They do not have a jail in S.M. Court anymore. They also got legal assistance now to help people because of the illegal acts perpetrated on the Public At Large.

When I was at Windsor Palm Care Center, I was interviewed by several Social Workers and the Administrator of St. Marys Hospital in Long Beach to come to Passages which is a program for Seniors from different cities. A Cab Driver would pick me up at 8:30 A.M. on Wednesday

and Friday and transport me to Long Beach St. Marys Hospital which cost approximately $150.00 back and forth. They knew I was not on medication and I was contributing a lot during our meetings with Social Workers and Nuns. We had food breaks every hour and by 2:00 PM my cab was waiting to take me back to Windsor Palms. I was the only person that was given this privelege from Windsor Palms.

At Windsor Palms we had social hours with a lot of dancing to records and sometimes to musicians. I taught men how to dance when I was 17 years old so I am a good dancer so I spin for quite a while in circles. The people would clap a lot and I always stole the show. Most of the time, I was the first on the floor and the only one dancing. I was at this facility from August to April 17, 2009. Ms Ellen Finkelberg, Attorney froom 205 So. Broadway, Los Angeles, CA. 90012 was helping me to get released. I wanted to represent myself as I have been acting In Pro Per in State Court and In Pro Se in United States District Court, but than Ms Finkelberg and I kind of worked together in our mutual best interest.

Judge Stratton now became the Presiding Judge of Division 95. She knew I once appeared before her when I read my Constitutional

Rights pursuant to Title 28 Section 1334 when they placed a microphone in front of me and at the conclusion when I stated, "I am a Sovereign All Rights Reserved, I am not California Property" everyone in the courtroom full of people started clapping, congratulating me, and calling me Counselor.

I was released because I am not Gravely Disabled. Ms. Teri Trent who was stealing my benefits and claiming to be my Conservator was to do an accounting by July 17, 2009 before that court. I submitted all these documents to the County at the Mental Health at 500 W. Temple Street. The Social Security advised me that she did the accounting but she did not submit the money to the Social Security office. I kept calling Ms. Trent to get her name out of the computer as my Conservator, as I desperately need more than $10,000.00 worth of Dental work now. I finally got Ms Trents name out of the computer as my Conservator but she still has not turned over any money that she was stealing from my benefits. Had I not been locked by the City of Santa Monica in Lynwood jail and placed in Windsor Palms Care Center, my teeth would be in great shape and I would not have been subjected to Severe Emotional Distress and Pain + Sarrow.

After I wrote the Governor my letter, I was in the Consumer office on Temple Street and they received a call from his office that I should go to Department of Mental Health to get my money. I went to see Ms. Teri Trent but she was not there. I have called her repeatedly leaving messages but she never responds. Moreover, she does not seem to work and is off constantly when I talk to the day worker. The last time I was there I talked to Idalia Berriozabal and Malvina Brown, Sr. DPG. and still no response.

When I came back to Santa Monica from Windsor Palms, I called Public Storage on Gothard street in Huntington Beach and they advised me that Deputy Allen and Ms. Chow from the Mental Health Dept. came to pick up my clothes and personal property and stored it in the City of Industry. When I spoke to the Sr. P.G. she also stated that they have my personal property which I am very anxious to get along with the money for my immediate survival.

Meanwhile, while I was at Windsor Palms when someone told me that Ms. Terry Trent was my Conservator, I called her to tell her that I had 2 storages at Storage Solutions in Culver City where all my legal documents, family history and everything was stored asking her

to pay for my storages and I would reimburse her later. So when I came back to Santa Monica, I borrowed some money from a friend and send in my monthly payment with a letter. Storage Solutions returned my money order advising me that they send all my possessions to an auctioneer who auctioned off my clothes, furniture etc. and refused to give me back my legal documents, records, files and family history.

If Ms. Trent claimed to be my conservator, she breached her fiduciary duty to act in accordance with the law to conserve my personal property. Moreover, she has breached her fiduciary duty to give me back the money that Social Security said she been collecting on my behalf for several years.

I desperately need this money for my dental and immediate survival. I have work and rent and immediate survival. I have $10,000. worth of dental when I got here. I have 4 front teeth loose and need a bridge so why is there such a long delay to pay me back my money when the accounting was done on July 17, 2009.

I also need my personal possessions from Mr Allen and Ms. Chow, who were so kind to save my belongings, so I can get an apartment. I was forced to sleep in my vehicle for 3 years which have been falsely taken by Wilson + Valley Towing who have refused to give them back to me for several

years now. They also refuse to give me back my type-writer and my clothes that were in the cars. My cars are antiques and worth more money than the new auto-mobiles. The Notice of Termination of food stamps is attached hereto as Exhibit #3 which is incorporated herewith.

I am currently sleeping on an air mattress and suffer-ing extreme hardships again as I am a 72 year old senior with severe Arthritis. I have no other benefits in this place not even a microwave as this 54 year old women has everything turned off in this completely furnished apartment. She is the greediest person I ever met and is also causing emotional problems constantly taking things from me when I am gone all day.

I eat with Seniors for lunch and spend most of my time at the library trying to get my life back by writing letters to county employees. Mr. Zev Yaroslavsky, Supervisor 3rd District is also helping me.

I have been a licensed Real Estate Agent since 1974 without one complaint ever filed against me. Due to my good standing as a Real Estate Agent the County Recorder's Office in Norwalk made me a Precinct Coordinator in Malibu to regulate 12 different offices in Malibu and surrounding areas. I have a L.A. County worker's I.D. Enclosed as Exhibit #4 is my County Worker's I.D. which is incorporated herewith.

See my Points and Authorities attached hereto.

Points and Authorities

Welfare and Institutional Code
See Cal. W+I Code Section 5328
Alder Abuse

Abuse can consist of physical abuse, psychological or emotional abuse, financial abuse, or physical neglect. Constitutionality of Elder Abuse upheld People vs. Superior Court (Halvey 1983) 205 Cal. App. 3d. 51, 58-60. Since January 1998 Civil Compromise no longer available Penal Code § 31377.

Civil Rights Act of 1964 Title IV discrimination 4th Amendment - Equal Protection of the Law.

Major features of the Civil Rights Act of 1964 "It shall be the duty of the judge designated pursuant to this section to assign the case for hearing at the earliest practicable date and cause the case to be in every way expedited."

Title V - Expanded the Civil Rights Commission established by the earlier Civil Rights Act of 1957 with additional powers, rules and procedures.

Title VI - Prevented discrimination by government agencies that receive federal funding. If an agency is found in violation of Title VI that agency can lose its federal funding.

Diane H. Feinstein
In Pro Se

Exhibit # I

Diane H. Feinstein
General Delivery
Santa Monica, CA. 90401
In Pro Per

RECEIVED
SANTA MONICA
CITY ATTORNEY'S OFFICE
2007 MAY 17 AM 9:43

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

AUG 27 2007

John A. Clarke, Executive Officer/Clerk
By ____________, Deputy
Jalen Tayler

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES, ~~WEST~~ Central DISTRICT**

Diane H. Feinstein,
Petitioner,

vs.

City of Santa Monica,
Wilson & Vallely Towing
Robert Rowbotham, Individually,
Respondents

Case No.: BC 368548

Declaration of Diane Feinstein In support of Ex Parte Motion For release of Exempt Vehicle And personal properties, with Points and Authorities.

I, Diane Feinstein, declare:

I am a former prisoner of Hitler and wife of a deceased American war Hero with Two Purple Hearts and an "Honorable Dicharge" from the Second World War. I am a resident of Santa Monica since 1959 and have been Government persecuted for 29 yrs in the California Conspiracy for job security. My family and I worked 58 yrs in America and all our possessions and labor has been taken by "Excessive Force" by unknown strangers for their financial gain. As a result of the foregoing, I have become homeless and penniless sleeping in my vehicle for about 3 years. While my mother gave up living when the government attached her Social Security

and she became once again slave labor in America.

In 1994 defendants stole my 1979 Mercedes License "FDIANA" while I had an Automatic Stay under Title 11 Section 362 of my Voluntary Chapter 7 Bankruptcy. The federal courts stated that they had no jurisdiction of my Trust properties or my clothing, household properties. I had the Pink Slip on this car and I did not owe the defendants any money. I never received any notice from the defendants herein whatsoever and my Vehicle just disappeared. I do not know the whereabouts of this vehicle till this day and have not been compensated for my loss and hardships till this day.

On Feb. 7, 2007, I was falsely arrested, battered and assaulted by Officer Holland who claimed I violated a restraining order which was never served on me. I was subjected to illegal search and seizure and confined in a Lockup facility in Santa Monica Jail. After several hours of crying and reliving my 28 years of Torture in America, Officer Holland, who seemed to be totally in charge of this arrest, opened the door and handed me the "Void on its face" restraining order stating that I am released. He also gave me a "Detention Certificate" and informed me that he had my vehicle and all my personal properties and food towed although he knew I was Homeless sleeping in my vehicle. Thereafter he gave me my legal papers which he confiscated

from me in his car and did not submit them to the jailor upon my arrest. Immediately upon this release, I demanded to be taken before a judge which was my constitutional right but he refused my demands.

In accordance with the "detention Certificate" I was entitled to see a County judge. The following day, I spend all day trying to see judges in 3 L.A. Courthouses. Every clerk that took my papers to her judge, advised me that I had no legal case and refused to see me. The next day, I went to Santa Monica Courthouse who also refused to see me. I believe this is a document to cover up a false arrest as the clerks in Criminal Courthouse grinned upon return of this paper. The restraining Order was from a women I never met who lived in a UPS Box on Wilshire Blvd. across the street from Whole Foods Store.

Wilson + Vallely Towing allowed me into my Vehicle only several times for 15 minutes with bell riging before and after entry, depriving me of my bare necessities of life for my immediate survival. When I asked under what vehicle code this rule was followed, they informed me that this 15 minute rule is their law. Next time I came back, they made it even harder for me to get in by moving my Vehicle back against the wall with a link fence lying on the floor in back of my the trunk. Now I was afraid that I would trip or get my foot stuck in Link fence and have a severe accident.

When they moved the car backwards, they parked the car so close to the other cars on both sides that it was impossible for me to enter on the driver side to open the trunk. I could barely squeeze by the passenger side only, although Im very thin, and would hit all parts of my body just to get one item out. I believe these cars were 10 to 12 inches apart which was impossibility to gain entry. Moreover, when I called him on the phone to get the lien sale address Robert would hang up at least 4 times repeatedly, till one day a girl answered and gave me the address, threatening me if I called back again she was calling the Police on me. This kind of behavior from a business is unacceptable and Unfair Business Practices under the laws.

I stopped the Lien Sale with my Declaration of Opposition mailed Certified to the DMV and need the Lien sales address which was unclear and their zip code. In accordance with my Opposition filed, "the Leinholder may file an action in court and if judgment is given in his/her favor, I may be liable for court costs". Wilson & Vallely did not go to court to obtain a judgment but thereafter, advised me that He, Robert, conducted a lien sale and that the Vehicle belongs to him now. On April 23, Monday, I went to the Police and after informing them of the facts, a Policeman called Wilson & Vallely for me. Thereafter, I went to the City Attorney's who made the call for me in their lobby and spoke there so that the city would hear my conversation with

Robert who again advised me that he has title to my exempt personal property and vehicle, and the only way he would return these properties if I dismissed the lawsuit against the towing company. I advised him that it would not be in my best interest, he proceeded to call me greedy repeatedly. The only person that's greedy is Robert as he owes me for two vehicles that were confiscated illegally as stated herein.

## Points and Authorities

(A) Civil Code Sec. 3071 states, "A lienholder shall apply to the department for the issuance of an authorization to conduct a lien sale pursuant to this section for any vehicle with a value determined to be over two thousand five hundred dollars ($2500). A filing fee shall be charged by the department and may be recovered by the lienholder if a lien sale is conducted or if the vehicle is redeemed. The application shall be executed under penalty of perjury and shall include all of the following information:

(b) [Notice of application service] Upon receipt of an application made pursuant to subdivision (a), the department shall do all of the following:

(4) If the Declaration of Opposition form is signed and returned to the department, the lienholder shall be allowed to sell the vehicle only if he or she obtains a court judgment or if he or she obtains a subsequent

Release from the declarant or if the declarant cannot be served as described in subdivision (e).

(e) [Service on declarant.] Service on the declarant in person or by certified mail with return receipt requested.

(5.) If a court action is filed, the declarant shall be notified of the lawsuit at the address shown on the Declaration of Opposition form and may appear to contest the claim.

Civil Code Sec. 3070 Loss of lien through trick fraud or device; Revival of lien; improperly causing vehicle to be towed or removed to create or acquire lien; forfeiture of claims and liability to owner or lessee.

(e) It is a misdemeanor for any person claiming a lien on a vehicle to knowingly violate any provisions of this chapter. Since I was fasely arrested prior to the towing and was without knowledge that my vehicle and my personal property were towed, the lien was acquired through trick, fraud, or device. Moreover the 1979 Mercedes "F Diana" was towed in violation of the Automatic Stay under Title 11 Section 362 of the Bankruptcy Act and the defendants herein are liable for sanctions which are imposed under the Bankruptcy Laws.

Defendants herein had personal knowledge that they are the Involuntary Trustees of The Diana Feinstein Trust dated March 29, 1978, and continue to withhold this

Trust vehicle and personal property which are exempt under state and federal laws, therefore, they are liable under the Trust laws for their unconsionable, malicious acts.

Constructive and resulting trusts are subject to Civil Code Sections 2223-2225 which apply to persons who wrongfully detain property belonging to others see Civ. Code Sections 2224. Stated otherwise, a constructive trust is not imposed to effectuate intention, but to redress a wrong or prevent unjust enrichment. [Restatement (Second) of Trust Section 1 cmt. e]

Defendants have not complied with one area of the Towing and Lien Sales Laws. Moreover, Wilson + Valley Towing, Inc. License status-Renewal is incomplete and their last Rec. Update was on 9/19/2006 pmc. They have an active-Police Permit - Acc. No. 008838.

They have violated my "Civil Rights" and the Due Process Laws of The United States Constitution. Ignorance of the law is not an excuse to withhold and damage my property with unconsionable, malicious intent to continue their 28 years of Government Persecution on this family and this former Prisoner of war. Their saying "We do the Right thing Right" should be "We do the right thing wrong everytime on this family" in Retaliation for wining the First Rent Control Lawsuit in 1983 which was not appealed by the City of Santa Monica, who thereafter took our real property by Excessive

Force on a Sunday by arresting me for trespassing so that total strangers could remove my clothes and furniture from my home. I than moved in with my mother, Nellie Malicki, who had a "life estate" on the property while this russian rented the units to other Russians depriving us of money for our maintenance and suport to this date. The Police were always aiding and abetting these strangers, strangers stating to us "were making you rich." I was criminally prosecuted by Robert Myers, Former City Attorney for Trespassing on my real property for five years because he was forcing me to try title to my property in this criminal case. After he was arrested in San Francisco protesting some kind of cause, he brought back a judge to try my case, but my mother and I refused to submit to jurisdiction in this matter.

There is no amount of money that can compensate my family for the malicious acts that we have suffered in America for the last 28 years. The City of Santa Monica have made me homeless repeatedly till this day in non-ending conspiracy. The foregoing is just a tip of a huge iceberg of horrors that my family + I survived. I am the biggest victim of organized crimes in America possibly the World.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: May 12, 2007

Diane H. Feinstein,
Declarant

PASS

Exhibit #2

SP HDL CD M
BKG# 1033359 PERMANENT HSG LOC C330U043LL SEC LVL 6 ID LVL P
MAIN# 01694369 SENTENCE STATUS 3
LAST NAME FEINSTEIN 71 FIRST DIANA MIDDLE HELEN
SEX F RACE W AGE ~~70~~ EYE BLU HAIR BLN HGT 507 WGT ~~150~~ DOB 05/22/37

122 June 6, 2008

REQUEST DATE 060608 TIME 0656
REPORT TO CRDF MAIN CLINIC

I can do all things through Christ, because he gives me strength.

TERMINAL ID # S255

R E P O R T T O I R C C O U R T L I N E C E L L

COURT CODE

done

Yvonne B. Burke,
Chair of The Board
of Supervisor Second
District

Arnold (916) 324-9100

Arnold
(916) 324-9100

Complaints issued
with L.A. County Sheriff Dept.
fall under jurisdiction
of offices of Obudsman →
510 So. Vermont Ave
Suite 215
L.A. CA. 90020
800-801-0030

(213) 977-9543
(213) 738-2062

Social Security Disability
(310) 379-9808

Received June 23, 08
Employee #806

Steve Cooley, L.A. County, District Attorney
Police Misconduct

Bernard Parks, 12 District
Council Member
424 So. Temple L.A.

Exhibit 3

# NOTICE OF ACTION
**FOOD STAMPS TERMINATION**

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA
HEALTH AND WELFARE AGENCY
DEPARTMENT OF SOCIAL SERVICES

DISTRICT NAME AND ADDRESS:

060 RANCHO PARK
11110 W PICO BLVD
LOS ANGELES CA 90064

| | |
|---|---|
| Notice Date: | 09/09/2007 |
| Case Name: | DIANE FEINSTEIN |
| Case Number: | B0NPS85 |
| File/ Unit Number: | F237 |
| Worker Name: | Barbara Seeler |
| Telephone Number: | (310) 481-4568 |
| QR CYCLE NUMBER: | 02 |

DIANE FEINSTEIN
PO BOX GENERAL DELIVERY
SANTA MONICA CA 90401

Questions? Ask Your Worker.

**State Hearing:** If you think this action is wrong, you can ask for a hearing. The back of this page tells you how. Your benefits may not be changed if you ask for a hearing before this action takes place.

As of 09/30/2007, the County is stopping your food stamps.

Here's Why :

You did not give us proof of the following unearned income:

Social Security Retirement

I refuse to Refile my SSI + SSP judgment because I have a fully favorable judgment from Sherwin F. Biesman, Administrative Law Judge and the State of California since December 17, 2001. I lost 7 years of my life fighting with the Social Security + County goverment. I rather die than go through this Hell again

Diane H. Feinstein

Former Prisoner of Hitler Americans were booming us during the 2nd World War in Germany and

I could write a dozens books of 29 year of wrongs, wrongs in our Government Persecution in State of California. It is humanly uncomprehensible what Santa Monica has done to this family with their horrors to this day. Now my vehicle while I am homeless has been taken by illegal tow, false imprisonment an assault and Battery and wrongfully illegally detain with my bear necessities of life and I have no place to sleep. — 15 yrs ago I had a Mercedes taken with a Swat team without Probable Cause when I had an Automatic Stay under Title 11 Section 362 of my

**Rules:** These rules apply; you may review them at your welfare office: Food Stamps Manual Section(s): 63-300, 63-300.51, 63-502, 63-505

29 year of Government Persecution in America state of California — Bankruptcy Voluntary Chapter 7. Same Towing Company.

QR_377_4 PAGE 1 OF 1

Shame, Shame, America that Total strangers can take everything we worked for 58 yrs in America, and than failed to support us. The County has my clothes + furniture since 1992 and not returned.

The County took my Mother's Social Security so she became slave Labore once again in America. She did not want to live + died.



Exhibit B Page 2

## YOUR HEARING RIGHTS

**You have the right to ask for a hearing if you disagree with any county action. You have only 90 days to ask for a hearing. The 90 days started after the county gave or mailed you this notice.**

**If you ask for a hearing before an action on Cash Aid, Medi-Cal, Food Stamps, or Child Care takes place:**

- Your Cash Aid or Medi-Cal will stay the same while you wait for a hearing.
- Your Child Care Services may stay the same while you wait for a hearing.
- Your Food Stamps will stay the same until the hearing or the end of your certification period, whichever is earlier.

**If the hearing decision says we are right, you will owe us for any extra Cash Aid, Food Stamps or Child Care Services you got.**
To let us lower or stop your benefits before the hearing, check below:
Yes, lower or stop: ☐ Cash Aid ☐ Food Stamps ☐ Child Care

**While You Wait for a Hearing Decision for:**
**Welfare to Work:**
You do not have to take part in the activities.

You may receive child care payments for employment and for activities approved by the county before this notice.

If we told you your other supportive services payments will stop, you will not get any more payments, even if you go to your activity.

If we told you we will pay your other supportive services, they will be paid in the amount and in the way we told you in this notice.

- To get those supportive services, you must go to the activity the county told you to attend.
- If the amount of supportive services the county pays while you wait for a hearing decision is not enough to allow you to participate, you can stop going to the activity.

**Cal-Learn**

- You cannot participate in the Cal-Learn Program if we told you we cannot serve you.
- We will only pay for Cal-Learn supportive services for an approved activity.

**OTHER INFORMATION**

**Medi-Cal Managed Care Plan Members:** The action on this notice may stop you from getting services from your managed care health plan. You may wish to contact your health plan membership services if you have questions.

Child and/or Medical Support: The local child support agency will help collect support at no cost even if you are not on cash aid. If they now collect support for you, they will keep doing so unless you tell them in writing to stop. They will send you current support money collected but will keep past due money collected that is owed to the county.

**Family Planning:** Your welfare office will give you information when you ask for it.

**Hearing File:** If you ask for a hearing, the State Hearing Division will set up a file. You have the right to see this file before your hearing and to get a copy of the county's written position on your case at least two days before the hearing. The state may give your hearing file to the Welfare Department and the U.S. Departments of Health and Human Services and Agriculture. (W&I Code Sections 10850 and 10950.)

## TO ASK FOR A STATE HEARING:

- **Fill out this page.**
- Make a copy of the front and back of this page for your records. If you ask, your worker will get you a copy of this page.
- **Send or take this page to:**

Appeals & State Hearing Section
P.O. Box 18890
Los Angeles, CA 90018

**OR**

- **Call toll free: 1-800-952-5253** or for hearing or speech impaired who use TDD, 1-800-952-8349

**To Get Help: You can ask about your hearing rights or for a legal aid referral at the toll-free state phone numbers listed above.** You may get free legal help at your local legal aid or welfare rights office.

**If you do not want to go to the hearing alone, you can bring a friend or someone with you.**

**HEARING REQUEST**

I want a hearing due to an action by the Welfare Department of Los Angeles County about my:

☒ Cash Aid ☒ Food Stamps ☒ Medi-Cal Dental Work
☒ Other (list) Hotel money, SSI And SSP since Dec. 17, 20

Here's why: Former Prisoner of Hitler + Wife of Deceased American War Hero Deprived of bear necessities. Live due to Medical cancellation because Calif was not paying SSI + SSP, judgment, 58 yrs of LA was taken by Police Force at gunpoint repeatedly 2 vehicle, while I have been Homeless Sleeping in my car for 3 years, 8 months at Wilson + Velley Towing 1644-14th St. S.M. CA. 90404

☒ **If you need more space, check here and add a page.**

☐ I need the state to provide me with an interpreter at no cost to me. (A relative or friend cannot interpret for you at the hearing.)
State Judges Conspiring + Aiding + Abetting
My language or dialect is: Case BC 368548

| NAME OF PERSON WHOSE BENEFITS WERE DENIED, CHANGED OR STOPPED | | |
|---|---|---|
| Diane H. Feinstein | | |
| BIRTHDATE | Poland | PHONE NUMBER |
| May 22, 1937 | | None |
| STREET ADDRESS | | |
| General Delivery Homeless | | |
| CITY | STATE | ZIP CODE |
| Santa Monica, | CA. | 90401 |
| SIGNATURE | | DATE |
| Diane H. Feinstein | | September 17, 20 |
| NAME OF PERSON COMPLETING THIS FORM | | PHONE NUMBER |
| Diane H. Feinstein | | None Homeless |

☐ **I want the person named below to represent me at this hearing. I give my permission for this person to see my records or go to the hearing for me. (This person can be a friend or relative but cannot interpret for you.)**

| NAME | | PHONE NUMBER |
|---|---|---|
| NONE | | |
| STREET ADDRESS | | |
| | | |
| CITY | STATE | ZIP CODE |
| | | |

Exhibit B-Page 3

Sept 28, 2007

Appeals + State Hearing Section
P.O. Box 18890
Los Angeles, CA. 90018

Shame, Shame, Shame on America!!

Comes now Diane H. Feinstein, a former Prisoner of Hitler and wife of a deceased American War Hero with two Purple Hearts and an "Honorable Discharge" from the Second World War. I have been a resident of Santa Monica since 1959 and have been Government Persecuted for 29 years.

I have a Judgment for SSP and SSI from the State of California on May 23, 2001 and an Administrative Law Judge Sherwin F. Biesman on December 17, 2001. My Judgment is "Fully Favorable" and you had two months to object to it on appeal which was not done. There after I received one check with which I got an apartment and submitted my lease to Ms. Cellamare at the Social Security. The second check came for $343.00 and I could not pay rent of $1100.00. Nevertheless I accepted the $343.00 Under Duress and Protest for about 4 months. Then the Social Security terminated all my payments without probable cause and have not paid me since on my SSI and SSP Judgment. I talked to them repeatedly on daily basis and did everything I could except file a lawsuit against America and Social Security who stated I never worked for Hughes Aircraft at Olympic where the Social Security is currently located, Culver City and El Segundo as an Executive Secretary. However, since I had my clothes, and

this→

Exhibit B - Page 4

furniture taken about 10 times, as I am the biggest victim of Organized Crime in America possibly the World, I did not have any records. Also I have been a licensed Real Estate Agent in California since 1974 and I discovered that my broker was not paying to Social Security on my commissions.

I got my Medical in December 2001 to get some dental work then. However, after the Social Security did not pay me. Chicago Social Security, where I get my small check for working there as a teenager after I came to America, advised me that since I am not getting paid on my SSI & SSP judgment my Medical was cancelled. Than in Sept of 2003 they advised me that they will be taking 3 months of medical payments from my Security check Retirement going backwards.

I lost all my clothes and Furniture in 2002 because Charles Isham, Apartment Association of Greater Los Angeles, conspired with my former attorney Duane Hall to conduct a breakin into my apartment after I won the Unlawfull Detainer case in the first Instance by filling a Motion To Quash Summons on The Ground of Inconvenient Forum. To this day Charles Isham, Land Lord has refused to return my possessions. Moreover I lost my Section 8 Apartment and had all my clothes put outside ~~by~~ due to my having Medical payments going backwards taken out of my check. I did not know that my possessions were placed outside and I gave all my notices from Chicago Social Security to Mr. Gilbert from Santa Monica

Exhibit B - Page 5

Housing and did not expect to get evicted but then I discovered that the Finance Department did not pay my share of the rent.

In Sept 2005, I came to Social Services to reinstate my Medical due to some heavy dental work problem. At this time I was already sleeping in my Vehicle and homeless for 2 years without bear necessities of life getting skinnier + weaker as I was diagnosed with physical disabilities from the State of California. I was given my Medical back since September 28, 2005. Also at this time I was given $50.00 worth of Food per month which kept me Yogurt only if I could buy them for .50 each.

Several months before Xmas, my $50.00 was raised to $79.0 but before Xmas it was terminated as I was advised that if I got my SSI + SSP payments it would terminate. I never got my SSI + SSP money nor did I get any food. I have a lot of legal problems so it was impossible to continue more government persecution. I did not get any food money for about six months till I could not survive any longer and now I saw Ms. Jones who sent me to Mr Rodriguez while they stated I was going to get $98.00 then gave me $91.00. - While I was getting my food money Mr. Rodriguez was stating that "People are trying to establish their legacy" I do not know to this day what that means.

I have repeatedly told my Medical workers about

Exhibit B - Page 6

my SSI and SSP judgment who seem to ignore this matter and have written in my renewal about my sufferings in America. I finally met Peggy Hauge who would not even accept papers from me which I wanted to be of record.

I had a meeting with the vice-president Ms. Mothershed of the Social Services whom I advised that my family and I worked 58 years in this country and had everything taken by Police force for total strangers financial gain. She gave me an application that stated had you worked in this country for 10 years. She ignored everything I stated, terminated my meeting in the lobby entrance, and then someone else was going to assist me which turned out to be lies. I tried to get this worthless meeting on 3 different dates but she never appeared. I cannot remember her name now but she's a real joke. Ms. Mothershed.

I helped someone come to Social Services office and noticed a signs downstairs which stated that $1,037.00 Monthly Income for 1 Person qualifies for foods stamps. Since you wrote me on Sept. 9, 2007 that you terminating my food stamps from Barbara Seiler whom I never met. I feel I have once again been discriminated by State of California Health and Welfare Agency who are the reason I am not getting any benefits from. Social Security who now recorded on my Credit Report that I owe them $343.00. Please end my 3rd World War in America so that this former Prison of Hitler can be a free American.

I currently have a lawsuit against the City of Santa Monica and Welson + Valley Towing who have refused to return my Vehicle and Personal properties for the last 8 months from their illegal tow while I was sleeping in my Vehicle. Two years ago I had the same car towed and borrowed money to pay $630.00 but now I paid 530.00 and The California Conspiracy for Job Security never Ends.

P.S. It was much easier under Hitler as I never suffered this much!!!!!!

Diane Feinstein Kohelers
General Delivery, Santa Monica 90401

Exclosure #4

Estb 6250052E
Page 143 of 339

# INTEREST AND AVAILABILITY FORM

# COUNT ME IN !!!

## Please check box(es) for ELECTION(S) you wish to work!

[X] February 5, 2008 Presidential Primary — *02200832400 6*

[X] June 3, 2008 State Primary — *06200832400 6*

[X] November 4, 2008 Presidential General — *11200832400 6*

If there is a serious pollworker shortage at a polling place, will you travel?
10 miles ___, 15 miles___, 20 miles___, anywhere in the County X

**Update information as necessary:**
**Name (spelling),** Diane Feinstein **mailing address,** 1242-17th street Santa Monica 90404
**phone #: work**_______ **home** (310) 451-4660 **cell**_______
**fax:**_______ **e-mail:**_______

Diane Feinstein
SIGNATURE

June 30, 2007
DATE

**COMPLETE FORM AND RETURN IN ENCLOSED ENVELOPE BY JULY 24, 2007**

Any questions?? Call **(562) 462-2518 OR (562) 462-2519**

Worker's I.D. 324006

SupDist 3
VID: 16558835
WID: 324006
C 0 Rec#274
7/8/2007 MailAdd
PHONE: (310) 451-4660

DIANA FEINSTEIN
GENERAL DELIVERY
SANTA MONICA CA 90401

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
DIANE H. FEINSTEIN
Los Angeles, County

**DEFENDANTS**
TERI TRAN
The Public GUARDIAN

(b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): Los Angeles County

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): Los Angeles County

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
DIANE H. FEINSTEIN
GENERAL DELIVERY phone NONE.
MAIN POST OFFICE
SANTA MONICA, CA. 90401

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only** (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☐ Yes ☒ No ☒ MONEY DEMANDED IN COMPLAINT: $ Which was taken SSI, Retirement

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Civil Rights 1964 Welfare + Institutional Code Alder Abuse Section 5328

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities /Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☒ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: CV10-526

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): ___

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
☐ B. Involve the same or substantially the same parties or property;
☐ C. Involve the same patent, trademark or copyright;
☐ D. Call for determination of the same or substantially identical questions of law, or
☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Los Angeles County

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Los Angeles County

X. SIGNATURE OF ATTORNEY (OR PRO PER): Diane H. Feinstein Date January 22, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |